IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK LAUBURG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:08-CV-1733-P |
| | § | |
| WAL-MART STORES, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court. Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* on appeal [Doc. #48] is denied.

SO ORDERED this 9th day of December 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE